848

No. 77–6816. White *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 77–6818. Berry *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 77–6820. Peters *v.* Georgia. Sup. Ct. Ga. Certiorari denied.

No. 77–6821. Landrum *v.* Michigan. Ct. App. Mich. Certiorari denied.

No. 77–6822. Riggins *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 77–6823. Martinez *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 77–6824. Washington *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 77–6825. Shaver *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 77–6826. Dancy *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 77–6827. Lowenberg *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 77–6828. Clark *v.* Curran et ux. Sup. Ct. Ariz. Certiorari denied.

No. 77–6829. Robinson *v.* Ohio. Ct. App. Ohio, Lake County. Certiorari denied.

No. 77–6830. Hawkins *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 77–6832. Henderson *v.* United States. C. A. 5th Cir. Certiorari denied.